UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| TERRY SINEGAL, | § | |
| | § | |
| Plaintiff. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 3:18–CV–00360 |
| | § | |
| MARTIN MARIETTA MATERIALS, INC., | § § | |
| | § | |
| Defendant. | § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

On January 6, 2020, the court referred this case to United States Magistrate Judge Andrew M. Edison under 28 U.S.C. § 636(b)(1)(B). Dkt. 43. On April 9, 2020, Judge Edison filed a memorandum and recommendation (Dkt. 55), recommending that the defendant's summary-judgment motion (Dkt. 39) be granted.

No objections to the memorandum and recommendation have been filed. Accordingly, the court reviews the memorandum and recommendation for plain error on the face of the record. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3).

Based on the pleadings, the record, and the applicable law, the court finds that there is no plain error on the face of the record. Accordingly, the court orders that:

(1) Judge Edison's memorandum and recommendation (Dkt. 55) is approved and adopted in its entirety as the holding of the court; and

(2)   the defendant's motion for summary judgment (Dkt. 39) is granted.

Signed on Galveston Island this 1st day of May, 2020.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE